No. 810. TALBOTT *v.* CALIFORNIA. February 12, 1945. Petition for writ of certiorari to the District Court of Appeal, 2d Appellate District, of California, denied.

No. 752. THOMPSON *v.* HARRIS, WARDEN. February 12, 1945. Petition for writ of certiorari to the Supreme Court of Utah denied. *Mrs. Dorothea Merrill Dryer* for petitioner.

No. 765. GRAHAM *v.* SQUIER, WARDEN. February 12, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Allan Lee Graham, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Messrs. W. Marvin Smith, Robert S. Erdahl* and *Leon Ulman* for respondent.

No. 779. JONES *v.* STEWART, JUDGE. February 12, 1945. Petition for writ of certiorari to the Supreme Court of Indiana denied.

No. 785. ARONSON ET AL. *v.* NEW YORK. February 12, 1945. Petition for writ of certiorari to the Supreme Court of New York denied. *Ralph Aronson* and *Hyman Brecker, pro se. Mr. Thomas Cradock Hughes* for respondent.

No. 789. MITCHELL *v.* BOARD OF GOVERNORS OF THE WASHINGTON STATE BAR ASSOCIATION. February 12, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.